# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2025-3599
LT Case Nos. 2020-CF-002358-A
2021-CF-001225-A

————————————————

DEANIJAH DENSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

————————————————

Rule 3.800(a) appeal from the Circuit Court for Duval County.
Tatiana R. Salvador, Judge.

Deanijah Denson, Live Oak, pro se.

James Uthmeier, Attorney General, and Amanda Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

April 17, 2026

PER CURIAM.

AFFIRMED, without prejudice to Appellant seeking relief in circuit court case number 2020-CF-002358-A under Florida Rule of Criminal Procedure 3.850. *See Haynes v. State*, 106 So. 3d 481, 482–83 (Fla. 5th DCA 2013) (citing *Jolly v. State*, 392 So. 2d 54, 56 (Fla. 5th DCA 1981) (additional citations omitted)).

LAMBERT, HARRIS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____